**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on June 11, 2010, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: June 11, 2010**



**Entered pursuant to Administrative Order No. 02-10, Kenneth J. Hirz, Clerk of Bankruptcy Court**
**By: /s/ Nikita Brown**
       **Deputy Clerk**

_____

11/05

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-15601 |
| | ) | |
| Ebonie Nakkia Bostic, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge: Arthur I. Harris |

**ORDER ON DEBTOR(S)
TO APPEAR AND SHOW CAUSE**

It appearing to the Court that the Debtor(s) failed to:

_____ file a matrix/list of creditors.

_____ file a plan within the time required by Bankruptcy Rule 3015.

_____ file schedules and statements timely per 11 U.S.C. § 521 and Bankruptcy Rule 1007.

__X__ pay filing fee installment(s) as required by this Court's order.

_____ file a Form B21 as required by Rule Bankruptcy 1007.

_____ file Declaration RE: Electronic Filing as required by General Order 02-2.

_____ file the correct petition (Official Form 1) (4/10).

_____ file Certificate of Credit Counseling as required by 11 U.S.C. § 521(b)(1).

_____ file Means Test as required by 11 U.S.C. § 521(a)(1); Bankruptcy Rule 1007.

_____ file Form B201 Notice to Individual Consumer Debtor per 11 U.S.C. §§ 342(b) & 521(a).

_____ file payment advices received 60 days before the date of the filing of the petition as required by 11 U.S.C. § 521(a)(1); Bankruptcy Rule 1007.

__X__ Other: file Petition in the correct venue.

WHEREFORE, counsel for the Debtor(s) or the Debtor, if the Debtor is proceeding pro se, is ordered to appear at a hearing scheduled for **7/6/2010 at 10:00 am**, Courtroom 1A, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114-1235, and show cause why this case should not be dismissed or converted under 11 U.S.C. § 707, 1112, or 1307 for the failure(s) described above. **Filing the document(s) or paying the fee(s) shall not excuse the attorney or pro se debtor from appearing at the hearing unless the Court advises otherwise.**

Served the following parties via the Bankruptcy Noticing Center

Ebonie Nakkia Bostic, Debtor
Pamela I. Theodotou, Attorney for Debtor
Habbo G. Fokkena, U.S. Trustee

By: N Brown             Date:  June 11, 2010