11/05

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re: ) Case No. 10-15601
)
Ebonie Nakkia Bostic, ) Chapter 7
)
Debtor(s). ) Judge: Arthur I. Harris

**ORDER ON DEBTOR(S)
TO APPEAR AND SHOW CAUSE**

It appearing to the Court that the Debtor(s) failed to:

____ file a matrix/list of creditors.

____ file a plan within the time required by Bankruptcy Rule 3015.

____ file schedules and statements timely per 11 U.S.C. § 521 and Bankruptcy Rule 1007.

__X__ pay filing fee installment(s) as required by this Court's order.

____ file a Form B21 as required by Rule Bankruptcy 1007.

____ file Declaration RE: Electronic Filing as required by General Order 02-2.

____ file the correct petition (Official Form 1) (4/10).

____ file Certificate of Credit Counseling as required by 11 U.S.C. § 521(b)(1).

____ file Means Test as required by 11 U.S.C. § 521(a)(1); Bankruptcy Rule 1007.

____ file Form B201 Notice to Individual Consumer Debtor per 11 U.S.C. §§ 342(b) & 521(a).

____ file payment advices received 60 days before the date of the filing of the petition as required by 11 U.S.C. § 521(a)(1); Bankruptcy Rule 1007.

____ Other:

WHEREFORE, counsel for the Debtor(s) or the Debtor, if the Debtor is proceeding pro se, is ordered to appear at a hearing scheduled for **07/08/2010 at 10:00 am**, Courtroom 1A, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114-1235, and show cause why this case should not be dismissed or converted under 11 U.S.C. § 707, 1112, or 1307 for the failure(s) described above. **Filing the document(s) or paying the fee(s) shall not excuse the attorney or pro se debtor from appearing at the hearing unless the Court advises otherwise.**

Served the following parties via the Bankruptcy Noticing Center

Ebonie Nakkia Bostic, Debtor
Pamela I. Theodotou, Attorney for Debtor
Habbo G. Fokkena, U.S. Trustee

By: N Brown                Date: June 11, 2010

# CERTIFICATE OF NOTICE

```
District/off: 0647-1          User: nbrow              Page 1 of 1              Date Rcvd: Jun 11, 2010
Case: 10-15601                Form ID: pdf755          Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 13, 2010.
db            +Ebonie Nakkia Bostic,   1717 Greenview Place,   Cincinnati, OH 45237-5301

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 13, 2010**                    Signature:    _Joseph Speetjens_