IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
(CLEVELAND DIVSION)

IN RE:     EBONIE NAKKIA BOSTIC     *     CHAPTER 7
    CASE NO. 10-15601-aih

## MOTION TO TRANSFER CASE

**COMES NOW**, the above named debtor and pursuant to the U.S. Bankruptcy Rules moves this Court to transfer this case to the Southern District of Ohio, Cincinnati Division, and would respectfully show the Court as follows:

I.

Due to a clerical error, this case was originally filed on June 9, 2010 in the Northern District of Ohio, Cleveland Division. The proper venue for this proceeding is in the Southern District of Ohio, Cincinnati Division, as the debtor resides in Cincinnati, Ohio.

II.

Attorney, Pam Theodotou is licensed to practice law in the State of Ohio and authorized to practice in the U.S. Bankruptcy Court for the Southern District of Ohio.

**WHEREFORE,** the debtor prays that this Court issue an Order Transferring this case to the Southern District of Ohio, Cincinnati Division.

Respectfully submitted, this 14th day of June, 2010.

    */s/ PamTheodotou*
Pam Theodotou, Attorney for Debtor
0042617

Theodotou & Associates
4449 Easton Way, 2nd Floor
Columbus, OH 37934

## CERTIFICATE OF SERVICE

This is to certify that I have on this 14th day of June, 2010, served a copy of the foregoing Motion to Transfer Venue upon the U.S. Trustee, 201 Superior Avenue East, Suite 441, Cleveland, Ohio 44114 and all Creditors listed in the Matrix filed with the courts.

    */s/ PamTheodotou*
Pam Thoedotou

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
(CLEVELAND DIVSION)

IN RE:     EBONIE NAKKIA BOSTIC         *     CHAPTER 7
                                              CASE NO. 10-15601-aih

## ORDER TRANSFERRING CASE

On this day came on for consideration the Debtor's Motion to Transfer Case to the Southern District of Ohio, Cincinnati Division. IT IS HEREBY ORDERED that the Debtor's Motion is Granted and the case herein is transferred to the Southern District of Ohio, Cincinnati Division.

Done this ___ day of June, 2010.

_____
HON. ARTHUR I. HARRIS
United States Bankruptcy Judge