IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
(CLEVELAND DIVSION)

| | | | |
|---|---|---|---|
| IN RE: | EBONIE NAKKIA BOSTIC | * | CHAPTER 7 |
| | | | CASE NO. 10-15601-aih |

## MOTION TO TRANSFER CASE

**COMES NOW**, the above named debtor and pursuant to the U.S. Bankruptcy Rules moves this Court to transfer this case to the Southern District of Ohio, Cincinnati Division, and would respectfully show the Court as follows:

I.

Due to a clerical error, this case was originally filed on June 9, 2010 in the Northern District of Ohio, Cleveland Division. The proper venue for this proceeding is in the Southern District of Ohio, Cincinnati Division, as the debtor resides in Cincinnati, Ohio.

II.

Attorney, Pam Theodotou is licensed to practice law in the State of Ohio and authorized to practice in the U.S. Bankruptcy Court for the Southern District of Ohio.

**WHEREFORE,** the debtor prays that this Court issue an Order Transferring this case to the Southern District of Ohio, Cincinnati Division.