> THE COURT WILL HEAR ARGUMENT ON THE DEBTOR'S MOTION TO TRANSFER AT 10:00 AM ON JULY 6, 2010, IN METZENBAUM COURTROOM 1A.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
(CLEVELAND DIVSION)

IN RE:     EBONIE NAKKIA BOSTIC     *     CHAPTER 7
                                                                                             CASE NO. 10-15601-aih

## MOTION TO TRANSFER CASE

**COMES NOW**, the above named debtor and pursuant to the U.S. Bankruptcy Rules moves this Court to transfer this case to the Southern District of Ohio, Cincinnati Division, and would respectfully show the Court as follows:

I.

Due to a clerical error, this case was originally filed on June 9, 2010 in the Northern District of Ohio, Cleveland Division. The proper venue for this proceeding is in the Southern District of Ohio, Cincinnati Division, as the debtor resides in Cincinnati, Ohio.

II.

Attorney, Pam Theodotou is licensed to practice law in the State of Ohio and authorized to practice in the U.S. Bankruptcy Court for the Southern District of Ohio.

**WHEREFORE,** the debtor prays that this Court issue an Order Transferring this case to the Southern District of Ohio, Cincinnati Division.

# CERTIFICATE OF NOTICE

```
District/off: 0647-1           User: nbrow              Page 1 of 1              Date Rcvd: Jun 21, 2010
Case: 10-15601                 Form ID: pdf755          Total Noticed: 2
```

The following entities were noticed by first class mail on Jun 23, 2010.
db         +Ebonie Nakkia Bostic,    1717 Greenview Place,    Cincinnati, OH 45237-5301

The following entities were noticed by electronic transmission on Jun 21, 2010.
cr         +E-mail/PDF: rmscedi@recoverycorp.com Jun 22 2010 01:08:30
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2010                          Signature:    _Joseph Speetjens_